```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3022 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE JESUS GOMEZ JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The deadline for filing pretrial motions has been continued to June 1, 2006. See filing 11.

IT THEREFORE HEREBY IS ORDERED: The trial of this case, currently scheduled for May 15, 2006, is continued until further order.

DATED this 4th day of May, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge