IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3022 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE JESUS GOMEZ JR., | ) | ORDER GRANTING ORAL MOTION TO |
| | ) | CONTINUE SENTENCING HEARING |
| Defendant. | ) | |
| | ) | |

During a telephone conference with counsel today,

IT IS ORDERED that:

1. the oral motion by counsel for the defendant to continue the sentencing hearing is granted;

2. the sentencing hearing is continued to December 7, 2006, at 12:45 p.m., in Courtroom No. 4, U. S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present for the hearing.

Dated November 20, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge