IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE JESUS GOMEZ, JR.,<br><br>Defendant. | 4:06-CR-3022<br><br>ORDER |

    This matter is before the Court on its own motion. In its order of September 19, 2013, the Court ordered that counsel be appointed, pursuant to the Criminal Justice Act. Filing 52. Pursuant to that order, Charles T. Steenson was appointed to represent defendant. *See* filing 53. Since that time, defendant's previously retained counsel, Kevin E. Dellett, has notified the Court that he is still representing defendant. Appointment of counsel is therefore no longer necessary. Accordingly, the Court thanks Mr. Steenson and it is ordered that he is relieved of his duties.

    Dated this 15th day of October, 2013.

BY THE COURT:

_____
John M. Gerrard
United States District Judge